In the Matter of Effingham L. Holywell, an Attorney.— Matter referred to Hon. William D. Dickey to take testimony and report thereon, with

his opinion. Edward A. Freshman, Esq., assigned to conduct the proceedings. Present — Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ.